

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00749-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On November 16, 2016, relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 18, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-12457, styled *John Donohue v. City of San Antonio Police Department, et al.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.